# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cr-527 MAL |
| SHAMEEK RIVERS, | ) ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant Shameek River's Motion to Dismiss (Doc. 32), Motion to Suppress Evidence (Doc. 33), and oral Motion to Suppress Statements (Doc. 39) which was referred to United States Magistrate Judge John M. Bodenhausen for review pursuant to 28 U.S.C. § 636(b).  Having considered the Magistrate Judge's Report and Recommendation (Doc. 53) in light of the parties' briefing (Docs. 32, 33, 34, 45, 48, 52), the transcript of the evidentiary hearing held on September 16, 2025 (Doc. 45), and noting the absence of any objection to the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation, Doc. 53, is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.  There is no clear error in the Report and Recommendation.  *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (unobjected-to report and recommendations are reviewed by the district court for clear error).

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, Doc. 32, is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence, Doc. 33, is **DENIED**.

**IT IS FURTHERED ORDERED** that Defendant's Oral Motion to Suppress Statements (Doc. 39) is **GRANTED** insofar as that motion relates to the statements Rivers made immediately after he was handcuffed, but **DENIED** insofar as it relates to his later spontaneous statements concerning his circumstances, including those implicating his criminal history and possession of firearm.

**IT IS FINALLY ORDERED** that this matter is set for trial March 9, 2026 at 9 a.m. in the courtroom of the undersigned.

Case: 4:24-cr-00527-MAL   Doc. #: 54   Filed: 02/04/26   Page: 2 of 2 PageID #: 211

Dated this 4th day of February, 2026.

_____
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE